UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KARRIEM MOHAMMED-EL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LA SALLE BANK, BEAR STERNS,<br><br>　　　　Defendants. | Case No: C 10-0541 SBA<br><br>**ORDER DISMISSING ACTION** |

　　　Plaintiff Karriem Mohammed-El filed the instant pro se action against La Salle Bank and Bear Sterns. On March 30, 2010, the Court issued an order dismissing the complaint under 28 U.S.C. § 1915(e)(2). Plaintiff was granted until April 13, 2010, to file an amended complaint which rectified the deficiencies noted by the Court in its Order. Although Plaintiff was warned that the failure to file an amended complaint would result in the dismissal of the action, he has not filed his amended complaint. Accordingly,

　　　IT IS HEREBY ORDERED THAT the instant action is DISMISSED. The Clerk shall close this file and terminate any pending matters.

　　　IT IS SO ORDERED.

Dated: April 16, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KARRIEM MOHAMMED-EL,

    Plaintiff,

v.

LA SALLE BANK et al,

    Defendant.
_____/

Case Number: CV10-00541 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karriem Mohammed-El
2900 Rheem Avenue
Richmond, CA 94804

Dated: April 16, 2010

    Richard W. Wieking, Clerk

    By: LISA R CLARK, Deputy Clerk